# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOHN HOUSTON COOLEY, II

NO. 2021 KW 0830

**OCTOBER 5, 2021**

---

In Re: John Houston Cooley, II, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 358,320.

---

**BEFORE: WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT